AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| RICHARD COURSON<br>*Plaintiff*<br>v.<br>SAMUEL CLANTON<br>*Defendant* | )<br>)<br>) Civil Action No. 1:12-CV-1031<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Jury Verdict: We the jury find in favor of Plaintiff Richard Courson and against Defendant Samuel Clanton and award Richard Courson damages in the amount of $225,000.00.

This action was *(check one)*:

☑ tried by a jury with Judge Susan O. Hickey presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: October 8, 2014

CLERK OF COURT

/s/ Robin W. Gray
*Signature of Clerk or Deputy Clerk*